**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES K. KILLGORE,**
**JAMES KEITH KILLGORE,**

    **Appellants,**

v.                                              Case No.  8:05-cv-905-T-30EAJ

**FINOVA CAPITAL CORPORATION,**

    **Appellee.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Appellee's Motion to Dismiss (Dkt. #12). Appellee has moved to dismiss this bankruptcy appeal based on Appellant's failure to file their initial brief within fifteen days after the entry of appeal on May 16, 2005. Subsequent to the filing of Appellee's Motion, Appellants filed their bankruptcy appeal (Dkt. #14) which was docketed by the Clerk on June 17, 2005 . Appellants also filed a Motion for Leave to file Brief Out of Time, Nunc Pro Tunc (Dkt. #16), wherein Appellants attributed their failure to timely file the appeal to a notice delay caused by the Clerk's office.

After consideration, this Court finds that Appellant's bankruptcy appeal should not be dismissed for failure to file their initial brief in a timely fashion. It is therefore ORDERED AND ADJUDGED that:

    1.    Appellee's Motion to Dismiss (Dkt. #12) is **DENIED**.

2. Appellant's Motion for Leave to file Brief Out of Time, Nunc Pro Tunc (Dkt. #16) is **GRANTED in part** and **DENIED in part**. Because the Clerk already has docketed Appellant's brief as filed on June 17, 2005, Appellant's Motion is granted to the extent that Appellants seek leave to file their brief outside the fifteen day time period.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-905 Motn Dismiss Bankruptcy Untimely Brief.wpd