UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES K. KILLGORE,
JAMES KEITH KILLGORE,**

    **Appellants,**

v.                                                                              Case No.  8:05-cv-905-T-30EAJ

**FINOVA CAPITAL CORPORATION,**

    **Appellee.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Appellee's Unopposed Motion for Consolidation (Dkt. #13).  Appellee has indicated that there are five bankruptcy appeals pending in this District, all of which arise out of similar lease agreements that were declared valid and binding by the United States Bankruptcy Court for the Middle District of Florida in Appellee's Chapter 11 bankruptcy action.

After consideration, this Court finds that Appellee's Motion should be construed as a motion to transfer the case to Judge Steven D. Merryday, who was assigned the first of the five bankruptcy appeal cases.  Judge Merryday has consented to the transfer pursuant to Local Rule 1.04(b).  Accordingly, Appellee's Motion should be GRANTED.

It is therefore ORDERED AND ADJUDGED that:

1.    Appellee's Unopposed Motion for Consolidation (Dkt. #13), construed as a motion to transfer, is **GRANTED**.

2. The Clerk is directed to **TRANSFER** this case to Judge Merryday with his consent.

**DONE** and **ORDERED** in Tampa, Florida on July 13, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-905 Motn Transfer.wpd